**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JUSTIN W.,**

    **Plaintiff,**

  v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

Case No. 2:23-cv-2445
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Stephanie K. Bowman**

## ORDER

This matter is before the Court on the Parties' Joint Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act. (ECF No. 13.) The Parties' Joint Motion is hereby **GRANTED**. The Commissioner shall pay Plaintiff's attorney fees in the amount of $5,183.99 and costs in the amount of $00.00, for a total of $5,183.99. Counsel for the Parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel.

This case remains closed.

**IT IS SO ORDERED.**

**1/17/2024**
**DATE**

          **s/Edmund A. Sargus, Jr.**
          **EDMUND A. SARGUS, JR.**
          **UNITED STATES DISTRICT JUDGE**